# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD ROYCE | : | 3:15-CV-00058 |
| Plaintiff | : | |
| vs. | : | |
| ERIE INSURANCE EXCHANGE | : | |
| Defendant | : | |

## **PRAECIPE FOR DISCONTINUANCE**

**TO THE CLERK OF COURT:**

Please mark the above-captioned matter, discontinued and ended without prejudice.

                                          Respectfully submitted,

                                          Abrahamsen, Conaboy & Abrahamsen, P.C.

By:    /S/ Edwin A. Abrahamsen, Jr.
            Edwin A. Abrahamsen, Jr., Esquire
            Attorney ID No.: 92851

            1006 Pittston Avenue
            Scranton, PA 18505
            (570) 348-0200
            cabrahamsen@law-aca.com

## CERTIFICATE OF SERVICE

I, Edwin A. Abrahamsen, Jr., Esquire, hereby certify that I have this _____ day of August, 2015 served a true and correct copy of the foregoing PRAECIPE FOR DISCONTINUANCE upon the following listed below, via ECF.

Stephen L. Banko, Jr., Esquire
Margolis Edelstein
3510 Trindle Road
Camp Hill, PA 17011

                                                  /s/ Edwin A. Abrahamsen, Jr.
                                                  Edwin A. Abrahamsen, Jr., Esquire