## CERTIFICATE OF SERVICE

I, Edwin A. Abrahamsen, Jr., Esquire, hereby certify that I have this ___24th___

day of August, 2015 served a true and correct copy of the foregoing PRAECIPE

FOR DISCONTINUANCE upon the following listed below, via ECF.


Stephen L. Banko, Jr., Esquire
Margolis Edelstein
3510 Trindle Road
Camp Hill, PA 17011


                        _/s/ Edwin A. Abrahamsen, Jr._____
                        Edwin A. Abrahamsen, Jr., Esquire